**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RICHARD MURRAY, III,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 07-0771-WS-M** |
| | ) | |
| **HOLIDAY ISLE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Order entered on this date confirming the Arbitrator's award, it is **ordered, adjudged and decreed** that judgment is hereby entered in favor of plaintiffs and against defendant, Holiday Isle, LLC, in the amount of **$2,315,199.96**, inclusive of interest and attorney's fees.  Costs are taxed against defendant in accordance with, and in the manner set forth in, the arbitrator's award.

The plaintiff-by-plaintiff awards (inclusive of damages and interest) are as follows:

| | |
|---|---|
| John and Tracey Gardner | $108,758.09 |
| Timothy J. Warren | $132,000.00 |
| Arthur Fitzner | $108,758.09 |
| Richard Murray, III | $168,059.86 |
| Celeste Taylor | $104,178.80 |
| Robert Tortajada, Sr. | $ 72,925.16 |
| Brian Hennick | $ 31,850.00 |
| Raymond Hennick | $ 31,850.00 |
| Arthur and Kathy Drago | $107,613.26 |
| Randall Coggins / Kenneth Thompson | $144,705.49 |
| Alan L. McLeod, Jr. | $133,944.16 |
| Reclaro, Inc. | $121,600.00 |
| Joseph J. Campus, IV | $117,916.65 |
| Joseph J. Campus, III | $137,378.63 |
| Greg Woodfin | $147,682.03 |
| Lisa and Jay Murray | $156,611.64 |
| Charles Campbell | $166,228.14 |
| Charles and Donna Steinau | $148,139.96 |

Post-judgment interest will accrue at the statutory rate of **0.39%**.

DONE and ORDERED this 29th day of October, 2009.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE